**Order entered April 27, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00253-CV

**DOROTHEA LASTER, Appellant**

**V.**

**SHARON THOMAS, Appellee**

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-04-10316**

## ORDER

Before the Court is appellant's April 23, 2015 motion for extension of time to file brief. Appellant requests "not less than twenty days so that the record on appeal can be supplemented." Attached to her motion is an exhibit reflecting she has made at least three requests for a supplemental clerk's record since the beginning of April. To date, however, the requested record has not been filed.

An appellate brief cannot be filed without a complete record. *See* TEX. R. APP. P. 38.6. Accordingly, we **ORDER** Dallas County District Clerk Felicia Pitre to file the supplemental record, containing the items designated by appellant in her "First Supplemental Designation," no later than May 1, 2015. Appellant shall file her brief within thirty days of the filing of the supplemental clerk's record. We **DENY** as premature appellant's extension motion.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Pitre and all parties.

/s/    CRAIG STODDART
       JUSTICE